## ORDER

PER CURIAM

AND NOW, this 14th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

**L.R.F., Respondent**

v.

**D.W.F., Petitioner**

**No. 195 MAL 2017**

Supreme Court of Pennsylvania.

August 15, 2017

## ORDER

PER CURIAM

AND NOW, this 15th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Frank WINN, Petitioner**

**No. 161 EAL 2017**

Supreme Court of Pennsylvania.

August 15, 2017

## ORDER

PER CURIAM

AND NOW, this 15th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Marlon Nate RUMPH, Petitioner**

**No. 93 WAL 2017**

Supreme Court of Pennsylvania.

August 16, 2017

## ORDER

PER CURIAM

AND NOW, this 16th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

